IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEKALB COUNTY SCHOOL DISTRICT, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:25-CV-0645-SCJ |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

## **O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 12th day of February, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE