**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DEKALB COUNTY SCHOOL DISTRICT, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:25-CV-00645-ELR |
| | * | |
| META PLATFORMS, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

The undersigned finds that she has a conflict in this case. Pursuant to Canon 3(C) of the Code of Conduct for United States Judges, the undersigned **RECUSES** from this case and **DIRECTS** the Clerk to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

**SO ORDERED**, this 13th day of February, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia